# FIRST DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

No. 1D17-3958
_____

TERRANCE A. LAKE,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

_____

On appeal from the Circuit Court for Duval County.
Mark J. Borello, Judge.

January 11, 2018

PER CURIAM.

AFFIRMED.

JAY, WINSOR, and M.K. THOMAS, JJ., concur.

_____

***Not final until disposition of any timely and
authorized motion under Fla. R. App. P. 9.330 or
9.331.***

_____

Terrance A. Lake, pro se, Appellant.

Pamela Jo Bondi, Attorney General, Michael McDermott, Assistant Attorney General, Tallahassee, for Appellee.